# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

EULENA COX

VERSUS

AIR AND LIQUID SYSTEMS
CORPORATION, ET AL.

NO.  2020 CW 0692

**OCTOBER 26, 2020**

---

In Re:   Capital Rubber & Specialty Company, Inc., applying for
         supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 687711.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**

   **Chutz, J.,** dissents and would issue a briefing schedule
pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT